# CIVIL TRIAL MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** January 15, 2025 |
| **Phil Martinez, Jorge Soria v. City of Phoenix, et al.** | **Case Number:** CV-21-01212-PHX-DGC |

**Attorneys for Plaintiff(s):** Stephen Benedetto and Mart Harris
**Attorneys for Defendant:** John Masterson, Ashley Caballero-Daltrey, and Michele Molinario

**JURY TRIAL (Day 6):**

9:07 a.m. Jury deliberations resume.

9:15 a.m. Reconvene with respective counsel and defendant present. Jury is not present. Discussion continues regarding jury questions #1 and #2. 9:29 a.m. Recess.

9:30 a.m. Reconvene. The Court's response is returned to the jury. Discussion held. 9:35 a.m. Recess.

10:11 a.m. Reconvene. Discussion held regarding jury question #3. 10:18 a.m. Recess.

10:32 a.m. Reconvene. Discussion continues regarding jury question #3 and is held regarding jury question #4. 10:43 a.m. Recess.

10:56 a.m. Reconvene. Discussion continues regarding jury questions #3 and #4. 11:11 a.m. Recess.

11:12 a.m. Reconvene. Discussion continues regarding jury questions #3 and #4. The Court's response is returned to the jury. 11:13 a.m. Recess.

12:17 p.m. Reconvene. Jury is not present. The Court is advised that the jury has reached a verdict. 12:18 p.m. Jury enters the courtroom. Verdict read in favor of Defendant as stated on the record. Jury polled. The Court thanks the jury for their service and the admonition is lifted. 12:23 p.m. Jury excused.

Defendant's Rule 50 Motion (Doc. 266) is denied as moot. The Court advises that if Plaintiffs desire to pursue their oral Rule 50 Motion (Doc. 275), they should file a brief specifying their requested relief as to the motion. Thereafter, a response and reply shall be filed. The Court clarifies its previous ruling on Plaintiffs' Motion for Sanctions (Doc. 276) as having denied any request or relief sought during the trial, but affirms that it is pending before the Court and will await the filing of a response and reply. Defense counsel shall submit a proposed form of judgment to Plaintiffs for review and subsequently to the Court.

12:26 p.m. Trial concludes.

**Court Reporter** Scott Coniam
**Deputy Clerk** Sherry Strong                              **Time in Court: 1 hr 2 min**