FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 15 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phil Martinez and Jorge Soria,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Phoenix, et al.<br><br>    Defendants. | Case No. CV-21-1212-PHX-DGC<br><br>**VERDICT FORMS** |

**Verdict Form 1**

Verdict Form – 42 U.S.C. § 1983 (First Amendment Retaliation)

Do you find that Plaintiff Phil Martinez proved, by a preponderance of the evidence, that Defendant Moore retaliated against him for exercising his First Amendment rights?

Yes _____          No __X__

_____2_____          \_\_1/15/2025\_\_
Foreperson number          Date

**Verdict Form 2**

If you found in favor of Plaintiff Phil Martinez on Verdict Form 1, you must determine whether he suffered damages as a result of the actions that led you to find in his favor on that Verdict Form and the total amount of such damages.

Plaintiff's total damages        $_____0_____
                                 (excluding punitive damages)


_____2_____              ___1/15/2025___
Foreperson number              Date

## Verdict Form 3

If you found in favor of Plaintiff Martinez on Verdict Form 1, do you find that Plaintiff is entitled to punitive damages against Defendant?

Yes _____          No __X__

If your answer to this question is yes, what is the amount of punitive damages you award against Defendant in favor of Mr. Martinez?

$ ___0___

_____2_____           __1/15/2025__
Foreperson number           Date

## Verdict Form 4

Verdict Form – 42 U.S.C. § 1983 (First Amendment Retaliation)

Do you find that Plaintiff Jorge Soria proved, by a preponderance of the evidence, that Defendant Moore retaliated against him for exercising his First Amendment rights?

Yes _____                                          No  __X__

\_\_\_\_2\_\_\_\_                              \_\_1/15/2025\_\_
Foreperson number                      Date

**Verdict Form 5**

If you found in favor of Plaintiff Jorge Soria on Verdict Form 4, you must determine whether he suffered damages as a result of the actions that led you to find in his favor on that Verdict Form and the total amount of such damages.

Plaintiff's total damages        $ 0

(excluding punitive damages)

_____2_____        __1/15/2025__
Foreperson number        Date

- 6 -

## Verdict Form 6

If you found in favor of Plaintiff Soria on Verdict Form 4, do you find that Plaintiff is entitled to punitive damages against Defendant?

Yes _____    No __X__

If your answer to this question is yes, what is the amount of punitive damages you award against Defendant in favor of Mr. Soria?

$ ___0___

_____2_____        __1/15/2025__
Foreperson number        Date